Joe Angelo (Bar #268542)
jangelo@gajplaw.com
Gale, Angelo, Johnson, & Pruett, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, CA 95747
916-290-7778 ph
916-721-2767 fax

Attorneys for Plaintiff
Michael Rhodd

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RHODD,<br><br>        Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.<br><br>        Defendant. | Case No.: 4:21-cv-01183-YGR<br><br>NOTICE OF SETTLEMENT WITH DEFENDANT BANK OF AMERICA, N.A. |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

    **PLEASE TAKE NOTICE THAT** plaintiff Michael Rhodd and defendant Bank of America, N.A., have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement. Plaintiff anticipates filing a dismissal of Bank of America, N.A. within 30 days once the settlement is finalized.

                                          **Gale, Angelo, Johnson, & Pruett, P.C.**

Dated: March 31, 2021                        /s/ *Joe Angelo*
                                                  Joe Angelo
                                                  Attorney for Plaintiff