1  Elliot Gale (Bar #263326)
   egale@gajplaw.com
2  Joe Angelo (Bar #268542)
   jangelo@gajplaw.com
3  Gale, Angelo, Johnson, & Pruett, P.C.
   1430 Blue Oaks Blvd., Ste. 250
4  Roseville, CA 95747
   916-290-7778 ph
5  916-721-2767 fax

6  Attorneys for Plaintiff
   Michael Rhodd

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — OAKLAND DIVISION

| | |
|---|---|
| MICHAEL RHODD<br><br>      Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A.<br><br>      Defendant | Case No.: 4:21-cv-01183-YGR<br><br>**ORDER GRANTING PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT BANK OF AMERICA, N.A. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)** |

**PLEASE TAKE NOTICE** that Plaintiff Michael Rhodd, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses Bank of America, N.A. as to all claims in this action, with prejudice.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

41(a) Voluntary Dismissal

(1) By the Plaintiff

    (a) Without a Court Order. Subject to Rules 23(3), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

        (1) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendant Bank of America, N.A. has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, the matter may be dismissed against it for all purposes and without an Order of the Court.

Dated: April 30, 2021   Gale, Angelo, Johnson, & Pruett, P.C.

By: ___/s/ Joe Angelo___
Joe Angelo
Attorneys for Plaintiff

**PURSUANT TO NOTICE, IT IS SO ORDERED.**
The Clerk shall close the case.

Date: May 7, 2021

Yvonne Gonzalez Rogers
United States District Judge